**Order entered February 19, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01470-CR

### CHRISTINE KAY WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062724**

## ORDER

The Court **REINSTATES** the appeal.

On January 22, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing the brief was a calendaring error; and (4) counsel stated appellant's brief could be filed by February 15, 2014.

We **ORDER** appellant to file her brief within **FIFTEEN DAYS** of the date of this order.

/s/      DAVID EVANS
           JUSTICE